In the Matter of the Claim of BERNARD HELD, Appellant, against BERNARD HELD, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of GERTRUDE MCGUCHIN, Appellant, against NATIONAL TRANSPORTATION COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of SAMUEL MILLIGAN, Appellant, against REPUBLIC AVIATION CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of JOSEPHINE SADOWSKI, Appellant, against AIMEE L. HANSON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of MARTIN STEPHENSON, Appellant, against COLD-WELL LAWN MOWER COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of the Claim of HENRY H. STERNBERG, as Committee of LAWRENCE MCCASKEY, an Incompetent, et al., Appellants, against CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Successor by Merger to Consolidated Gas Company, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, on consent, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

SAMUEL S. YASGUR, an Infant, by MAX YASGUR, His Guardian ad Litem, Appellant, v. ANDREW GODWIN, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.

■

In the Matter of DORIS B. HARTE, Petitioner, against ALGER B. CHAPMAN et al., Constituting the State Tax Commission of the State of New York, Respondents. — Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 551.]